UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
October 19, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:20-cr-000261-TWP-MJD |
| JESSIE DIXSON, | ) |
| Defendant. | ) |

## NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE

Notice is hereby given by the United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Lawrence D. Hilton, Assistant United States Attorney, that the United States will not pursue judicial forfeiture in this criminal case because:

- No property is in the custody of a federal law enforcement agency.

The United States' intent regarding forfeiture may change if factual or legal circumstances change.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   *s/ Lawrence D. Hilton*
Lawrence D. Hilton
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125